**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                July 20, 2009
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 07-cv-02246-RPM

THOMAS E. HIGHAM,                                      Ryan M. Furniss

     Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,                        Alice M. De Stigter

     Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Defendant's Motion for Summary Judgment**

**1:50 p.m.        Court in session.**

Court's preliminary remarks and states its understanding of the case.

| | |
|---|---|
| 1:59 p.m. | Argument by Ms. De Stigter. |
| 2:13 p.m. | Argument by Mr. Furniss. |
| 2:32 p.m. | Rebuttal argument by Ms. De Stigter. |
| 2:38 p.m. | Further argument by Mr. Furniss. |

Court's findings stated on record.

**ORDERED:    Defendant's Motion for Summary Judgment, filed 9/16/08 [10], is denied.**

Discussion regarding discovery and scheduling.

**ORDERED:    Case will be placed on the Court's calendar call.**

**2:45 p.m.        Court in recess.**

Hearing concluded.  Total time: 55 min.