**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02246-RPM-BNB

THOMAS E. HIGHAM,

                        Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

                        Defendant.

**ORDER GRANTING TIME FOR PARTIES TO FILE
STIPULATION FOR DISMISSAL WITH PREJUDICE**

Upon consideration of the Defendant's Notice of Settlement [34], it is

ORDERED that the parties are granted fifteen days or up to and including November 4, 2009, to file with this Court the executed Stipulation for Dismissal With Prejudice and it is

FURTHER ORDERED that the April 19, 2010, trial date is vacated.

DATED this 21st day of October, 2009.

                                                     BY THE COURT:

                                                     s/Richard P. Matsch
                                                     _____
                                                     Richard P. Matsch, Senior Judge