# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02246-RPM

THOMAS E. HIGHAM,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE
---

    Pursuant to the Stipulation for Dismissal with Prejudice, filed November 3, 2009 [36], it is

    ORDERED that this civil action is dismissed with prejudice, each party to pay his or its own costs.

DATED at Denver, Colorado, this 3rd day of November, 2009.

                                       BY THE COURT:

                                       s/Richard P. Matsch
                                       _____
                                       Richard P. Matsch, Senior District Judge